[No. 4501–3–III.  Division Three.  March 30, 1982.]

NEDROW FARMS, INC., *Appellant*, v. INTERNATIONAL
PELLETING COMPANY, INC., ET AL, *Defendants*,
LOUIS P. ESMIEU, ET AL, *as Personal
Representatives, Respondents.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 67819, James B. Mitchell, J., entered
April 7, 1981. *Affirmed* by unpublished opinion per Roe,
A.C.J., concurred in by Green and Munson, JJ.


[No. 4172–7–III.  Division Three.  March 30, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
FERGUSON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 74190, James B. Mitchell, J., entered
August 21, 1980. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, J., Roe, A.C.J., dis-
senting.


[No. 9631–1–I.  Division One.  March 31, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBBIE
LEE ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–01591–1, W. R. Cole, J., entered
December 8, 1980. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Williams and Callow, JJ.